UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. **09-mj-0015 CMK**

vs.

## ORDER TO PAY

**Martin Milligan**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: **4-7-09**     _Martin L Milligan_
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: **Count 1**   FINE **75.00**   ASGMT. **25.00**
CITATION / CASE NO: **Count 2**   FINE **475.00**  ASGMT. **25.00**
CITATION / CASE NO: _____       FINE _____     ASGMT. _____
CITATION / CASE NO: _____       FINE _____     ASGMT. _____

[X] **FINE TOTAL** of $ **550.00** and a penalty assessment of $ **50.00** within _____ days/months or payments of $ **100.00** per month, commencing **6-1-09** and due on the _____ of each month until paid in full.

[X] **RESTITUTION** **$75.00 to Bureau of Land Management by 5-1-09**
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
[X] **PROBATION** to be unsupervised / ~~supervised~~ for: **2 years**

PAYMENTS **must** be made by **CHECK** or **MONEY ORDER**, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ **501 I Street**
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: **4-7-09**     _signature_
                     U.S. MAGISTRATE JUDGE

Clerk's Office                                   EDCA - 03 Rev 8/97